UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NOU XIONG, next friend for V.L. and V.L., on their own behalf and on behalf of others similarly-situated, Plaintiffs - Petitioners, v. ALAN P. BORJA, Colonel, in his official capacity as Warden of the Guam Department of Corrections, Hagatna Detention Facility and SERGIO ALBARRAN, in his official capacity as Field Office Director of U.S. Immigration and Customs Enforcement, Defendants - Respondents. | No. 25-3655 D.C. No. 25-cv-00026 District Court of Guam, Agana ORDER |
| NOU XIONG, next friend for V.L and V.L., on their own behalf and on behalf of others similarly-situated, Petitioners - Appellants, v. ALAN P. BORJA, Colonel, in his official capacity as Warden of the Guam Department of Corrections, Hagatna Detention Facility and SERGIO ALBARRAN, in his official capacity as Field Office Director of U.S. Immigration and Customs Enforcement, Respondents - Appellees. | No. 25-3656 D.C. No. 1:25-cv-00026 District Court of Guam, Agana |

Before: WARDLAW and JOHNSTONE, Circuit Judges.

The emergency motion (Docket Entry No. 14 in 25-3655) is denied. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (movant must make "a strong showing that he is likely to succeed on the merits").

Petition No. 25-3655 is dismissed. The district court did not certify its June 9, 2025 order under 28 U.S.C. § 1292(b). *See Couch v. Telescope Inc.*, 611 F.3d 629, 632-35 (9th Cir. 2010) (discussing requirement of district court certification). Petitioners also do not require this court's permission to appeal under § 1292(b); they have appealed the June 9, 2025 order under 28 U.S.C. § 1291 in appeal No. 25-3656.

The existing briefing schedule remains in effect for appeal No. 25-3656.